IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC.         *
                               *
       Plaintiff               *
                               *   Civil No. 98-2239(SEC)
v.                             *
                               *
AUTORIDAD DE ACUEDUCTOS Y      *
ALCANTARILLADOS                *
                               *
       Defendant               *
************************************

## ORDER

Pursuant to the Case Management Order issued by this Court on February 19, 1999 **(Docket #5)**, the Joint Case Management Memorandum was due on April 19, 1999. On July 23, 1999 this Court granted via endorsed order defendant's request for leave to file amended answer to the complaint **(Docket #8)**. Since that time, nothing has been filed by either party in the above-captioned case.

Pursuant to the above, parties are hereby **ORDERED to FILE** the required Joint Case Management Memorandum by **October 1, 1999**. In addition, parties are **ORDERED to FILE** a separate informative motion on the same date detailing the status of discovery and outlining proposed discovery deadlines. Failure to comply may result in the imposition of sanctions.

**SO ORDERED.**

In San Juan, Puerto Rico, this _15th_ day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge





AO 72A
(Rev.8/82)