# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Sea-Land Service, Inc.
Plaintiff(s)

vs.                                    Civil No. 98-2239 (SEC)

Autoridad de Acueductos y Alcantarillados
Defendant(s)

*RECEIVED & FILED 1999 OCT -6 AM 6:46 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

## DESCRIPTION OF MOTION

DATE FILED: 10/1/99   DOCKET: 11   TITLE: Joint Informative Motion and Proposed Discovery Plan

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)

DISPOSITION:

[✓] GRANTED                    [ ] DENIED

[ ] NOTED                       [ ] MOOT

## ADDITIONAL COMMENTS:

10/5/99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

