IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**SEA LAND SERVICES, INC.**
    **Plaintiff**

v.                                Civil No. 98-2239(SEC)

**AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS**
    **Defendant**

## ORDER SETTING CASE MANAGEMENT/ SETTLEMENT CONFERENCE

Under Rule 16 of the Federal Rules of Civil Procedure, as amended, the Court is required to schedule and plan the course of litigation in order to achieve a just, speedy, and inexpensive determination of the action. Fed.R.Civ.P. 1; Fed.R.Evid. 102. In so doing, the Court advises litigants that we firmly believe in the interplay of Rules 7, 11, 16 and 26 of the Federal Rules of Civil Procedure, as amended on December 1, 1993. These Rules require increased lawyer responsibility coupled with a mandate to the Court to increase the level of judicial management and control of litigation.

Accordingly, as per the Court's Order dated October 5, 1999, **a Case Management/Settlement Conference is set for November 17, 1999, at 3:00 PM.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 3rd day of November, 1999.

                                              AIDA M. DELGADO-COLON
                                              U.S. Magistrate-Judge