IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICES, INC.
   Plaintiff

v.                                         Civil No. 98-2239(SEC)

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS
   Defendant

---

MINUTES OF PROCEEDINGS BEFORE THE
THE HONORABLE AIDA M. DELGADO-COLON,
U.S. MAGISTRATE-JUDGE

By Order of the Honorable Aida M. Delgado-Colón, the Case Management/

Settlement Conference originally set for November 17, 1999, is hereby **reset for**

**November 22, 1999, at 3:00 PM.**

At San Juan, Puerto Rico, this 9th day of November, 1999.

                                                 Ivette Cáliz
                                                 Secretary

*Faxed to atty Peral.*
*By telephone to atty Conway*
*(thru Wanda)*
*11/9/99*

