IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICES, INC.
    Plaintiff

v.                                Civil No. 98-2239(SEC)

AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS
    Defendant

## REPORT ON CASE MANAGEMENT/SETTLEMENT CONFERENCE

At today's conference the plaintiff appeared represented by Attorney Enrique Peral. Defendant appeared represented by Attorney Daniel García who was also substituting for Attorney Juan López-Conway.

Defendant Autoridad de Acueductos y Alcantarillados has filed a Motion for Summary Judgment, wherein it is claimed that plaintiff's claim is time barred. While so arguing, defendant has admitted to all of plaintiff's essential factual claims. Plaintiff will file its opposition by January 10, 2000.

At the present time, although plaintiff will consent to the trial jurisdiction of a Magistrate-Judge, the defendant will not. In essence, the defendant is fully aware that the legal issue now raised was already decided by the presiding judge in a fashion that is consistent with its legal theory.[1]

---

[1] Reportedly, the case in which such determination was made is pending appeal and as reported by Attorney Peral, the same will be argued in the upcoming Court of Appeal's session that will take place in Puerto Rico.

Civil No. 98-2239(SEC)                                    Page No. 2

===

Plaintiff will respond to defendant's interrogatories, mainly those under numbers 1 through 4 and 11. Plaintiff contends that all other information has been provided through discovery.

**SO ORDERED.**

At San Juan, Puerto Rico, this 22nd day of November, 1999.

*[signature]*
AIDA M. DELGADO-COLON
U.S. Magistrate-Judge