**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

*Sea-Land Service, Inc*
_____
Plaintiff(s)

Civil No. 98-2239 (SEC)

v.

*Autoridad de Acueductos y Alcantarillados,*
_____
Defendant(s)

RECEIVED & FILED
00 JAN 20 AM 7: 53
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 1/10/00    DOCKET #: 23    TITLE: *Motion Requesting Extension of Time*

[X] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[X] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

| COMMENTS |
|---|

Until January 20, 2000.

19 I 00
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge