# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Sea-Land Service, Inc.**
Plaintiff(s)

v.

**Autoridad de Acueductos y Alcantarillados**
Defendant(s)

Civil No. 98-2239 (SEC)

RECEIVED & FILED
2000 SEP 28 AM 7:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 1/26/00   DOCKET #: 26   TITLE: Motion Requesting Leave to Reply

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[X] Defendant(s)   [ ] Joint

## DISPOSITION:

[X] GRANTED      [ ] DENIED

[ ] NOTED        [ ] MOOT

## COMMENTS

RECEIVED SEP 26 2000 CHAMBERS OF SALVADOR E. CASELLAS U.S. DISTRICT JUDGE

_1 II 00_
DATE

SALVADOR E. CASELLAS
United States District Judge

