# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>Minutes of Proceedings</u>

HONORABLE ROBERT J. WARD                Date: February 6, 2001

COURTROOM DEPUTY: Michael Guranich      CIVIL CASE: 98-2239(SEC )

---

|  |  |
|---|---|
| SEA LAND SERVICES, INC., | Attorneys<br>Enrique Peral |
| vs. |  |
| AUTORIDAD DE ACUEDUCTOS<br>Y ALCANTARILLADOS | Juan A. Lopez-Conway |

---

     Settlement Conference held. After hearing counsel, the Court strongly recommends settlement as presented by counsel involving civil number 98-2239(SEC) and civil number 99-2150(CCC) in the amount of $108,067 as fair and reasonable. On or before February 27, 2001, counsel shall submit stipulations of settlement which shall be incorporated into judgments.

*[signature]*
Michael Guranich
Courtroom Deputy

s/c: All counsel of record
(Cv 99-2150 (CCC))