IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Sea-Land Service, Inc.
Plaintiff(s)

v.

Autoridad de Acueductos y Alcantarillados
Defendant(s)

Civil No. 98-2239 (SEC)

RECEIVED & FILED
01 MAR 23 PM 6:57
OFFICE
DISTRICT COURT
HATO REY, PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 3/9/01    DOCKET #: 31    TITLE: Motion Regarding Settlement

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[X] Defendant(s)    [ ] Joint

DISPOSITION:

[X] GRANTED    [ ] DENIED

[ ] NOTED    [ ] MOOT

| COMMENTS |
|---|

Until April 9, 2001.

21-III-01
DATE

SALVADOR E. CASELLAS
United States District Judge