## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICE, INC.
  Plaintiff

          v.                          **Civil No. 98-2239(SEC)**

AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS,
  Defendant

## O R D E R

| MOTION | RULING |
|--------|--------|
| **Docket #32**<br>**Motion to Withdrawing Legal**<br>**Representation** | **GRANTED.** |

DATE:  May *10*, 2001

SALVADOR E. CASELLAS
United States District Judge

