IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SEA LAND SERVICE, INC. | * |
| | * |
| Plaintiff | * |
| | * Civil No. 98-2239(SEC) |
| v. | * |
| | * |
| AUTORIDAD DE ACUEDUCTOS Y | * |
| ALCANTARILLADOS, | * |
| | * |
| Defendant | * |

## ORDER

On March 19, 2001 counsel for the Autoridad de Acueductos y Alcantarillados ("AAA") filed a motion requesting withdrawal from this case. He also moved to request thirty (30) days for AAA to retain new legal representation. That time has already expired and to this date, AAA has not appeared represented through counsel. Accordingly, the Court **ORDERS** AAA to appear through legal representation **within twenty (20) days** from this Order.

**SO ORDERED.**

In San Juan, Puerto Rico, this 10 day of May, 2001.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)