# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICE, INC.
    Plaintiff

            v.

AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS,
    Defendant

**Civil No. 98-2239(SEC)**

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 34**<br>**Notice of Appearance** | Appearance **NOTED.** The party's request for an extension of time to proceed is **MOOT.** |
| **Docket # 36**<br>**"ORDER"** | **Moot,** see Dkt. # 34. |

DATE:  August *15*, 2001

SALVADOR E. CASELLAS
United States District Judge



