IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| SEA LAND SERVICE, INC., | * | |
| | * | |
| Plaintiff | * | |
| | * | Civil No. 98-2239(SEC) |
| v. | * | |
| | * | |
| AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS, | * | |
| | * | |
| | * | |
| Defendant | * | |

*********************************

## ORDER

On February 9, 2001 a settlement conference was held before Visiting Judge Robert J. Ward in the above-captioned case. (Dkt. # 30). At that time, Judge Ward recommended the amount of $108,067.00 as a reasonable and fair settlement. In addition, he ordered the parties to inform by February 27, 2001 whether a settlement was reached.

On March 9, 2001 counsel for defendant Autoridad de Acueductos y Alcantarillados ("AAA") filed a motion stating that due to the change in government administration, the settlement negotiations were stalled. He informed that the Board of Directors of the AAA was not duly constituted and that board members had to await appointment after confirmation by the Puerto Rico Senate. (Dkt. # 31). Further, on March 19, 2001 counsel of record for the AAA withdrew from this case, (Dkt. # 32), and a new attorney appeared on May 8, 2001. (Dkt. 34).




AO 72A
(Rev.8/82)

Civil No. 98-2239(SEC) 2

As of this date, the parties have not filed a stipulation for settlement. There are no pending motions currently before the Court. The case is ready for trial. Counsel are hereby **ORDERED** to file an informative motion **by August 28, 2001** regarding the status of settlement negotiations. Failure to comply with this Order will result in the imposition of sanctions pursuant to Local Rule 114 or the Federal Rules of Civil Procedure.

**SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of August, 2001.

SALVADOR E. CASELLAS
United States District Judge