UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICE, INC.
    Plaintiff
           v.                Civil No. 98-2239(SEC)
AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS,
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Docket #39<br>Joint Informative Motion in Compliance with Court Order | Granted. The settlement stipulation is due on September 30, 2001. |

DATE: September 26, 2001

                                          SALVADOR E. CASELLAS
                                          United States District Judge

