UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF SETTING**           DATE: **OCTOBER 16, 2001**

| | | |
|---|---|---|
| SEALAND SERVICES | * | |
| | * | |
| Plaintiff(s), | | |
| | * | CIVIL NO. 98-2239 (SEC) |
| Vs. | * | |
| AUTORIDAD DE ACUEDUCTOS | * | |
| Defendant(s). | * | |

------------------------------------------------ X

By Order of the Court, the above captioned case is hereby set for:

**PRETRIAL/SETTLEMENT CONFERENCE** on

**October 24, 2001, at 10:00 a.m.**

This proceeding will be held before Hon. Salvador E. Casellas.

Rebecca Agostini-Viana
Courtroom Deputy Clerk

γ

*For Judge Salvador E. Casella's Standing Order, please access www.prd.uscourts.gov

s/c: COUNSEL OF RECORD

