UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| CIVIL CASE NO: 98-2239(SEC) | DATE: October 24, 2001 |
| SEALAND SERVICE, INC. | Attorneys: |
| Plaintiff | Enrique Peral Soler, Esq. |
| | María Teresa Figueroa, Esq. |
| V. | |
| AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS | Gerardo De Jesús Annoni, Esq. |
| Defendant | |

### SETTLEMENT CONFERENCE

A settlement conference was held in Chambers today with counsel for plaintiff and defendant present. Counsel for both parties informed the Court that they have reached a settlement agreement for the sum of $108,067.00, and that the Board of Directors of the AAA has approved it. The agreement also includes settlement of another case pending before the District Court, Sea Land v. AAA, Civil No. 99-2150(CCC).

The parties agreed to file a Settlement Stipulation, in both cases, **on or before October 31, 2001. Payment of the total sum will be made by the AAA on or before November 30, 2001.** The Court shall retain jurisdiction to enforce the stipulation.

SALVADOR E. CASELLAS
U.S. District Judge

copy to 99-2150 (cc)

