IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICE, INC.          *
                                *
       Plaintiff                *
                                *   Civil No. 98-2239(SEC)
v.                              *
                                *
AUTORIDAD DE ACUEDUCTOS Y       *
ALCANTARILLADOS                 *
                                *
       Defendant                *
************************************

## JUDGMENT

On November 1st, 2001 parties in the above-captioned matter filed a Joint Motion Submitting Settlement Agreement **(Docket #43)**, along with a Settlement Stipulation **(Docket #44)**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and to said stipulation, whose terms are fully incorporated herein, the above-captioned action is hereby **DISMISSED WITHOUT PREJUDICE.** Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of November, 2001.

SALVADOR E. CASELLAS
United States District Judge


